Exhibit A to the Complaint

**Location:** Malvern, PA  
**Total Works Infringed:** 36

**IP Address:** 100.34.227.15  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 90B3B7E92C2FCAB7BC642BDBA8946CBBEE03AE90 | 09/19/2025 22:57:40 | Blacked Raw | 02/18/2023 | 03/06/2023 | PA0002399995 |
| 2 | 4e94ed79494685938c1a0b5f42bcd1c30f137c0d | 09/19/2025 23:05:10 | Blacked | 01/20/2020 | 02/04/2020 | PA0002225586 |
| 3 | 0A943EE511B271EB4FECB0C68C646E26A824EBBA | 09/19/2025 22:56:31 | Blacked Raw | 09/26/2022 | 10/31/2022 | PA0002377828 |
| 4 | e5accc45bb417717a8611849cf6c858a083fe731 | 09/19/2025 17:51:39 | Blacked Raw | 09/13/2025 | 09/24/2025 | PA0002552381 |
| 5 | 8eedd8298d8de622e04990a0b8a43dfddc7292b1 | 09/19/2025 15:04:24 | Blacked Raw | 09/18/2025 | 09/24/2025 | PA0002552388 |
| 6 | 41d17900698a29e561253fca8eaf5e538566f3bc | 09/10/2025 20:11:04 | Blacked Raw | 09/08/2025 | 09/16/2025 | PA0002550964 |
| 7 | 645B9486D41ADB4EAE9AE92F24FBB5F37FF714BC | 09/10/2025 02:01:37 | Vixen | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 8 | 76cce131e34cf4414ed8dbc8d95a8fae5c8dee7b | 09/09/2025 04:27:56 | Vixen | 01/31/2025 | 02/18/2025 | PA0002515961 |
| 9 | 4ff4fbc582769d075f19ee9238a25dd57a52308a | 09/09/2025 01:52:09 | Blacked Raw | 08/29/2025 | 09/16/2025 | PA0002551005 |
| 10 | a86ef80efdce77f18513a0fd2c22ed117bc84015 | 09/07/2025 02:36:05 | Blacked Raw | 09/03/2025 | 09/16/2025 | PA0002551061 |
| 11 | 7EBAB84005AF86A09004F8151A2515CD7F8222B1 | 09/07/2025 02:06:12 | Blacked | 09/05/2025 | 09/16/2025 | PA0002550995 |
| 12 | 288E427C31151262A14CF3821A0F4274581ECBC5 | 08/27/2025 23:34:45 | Blacked Raw | 08/24/2025 | 09/16/2025 | PA0002550997 |
| 13 | 84BD7829735B7DC07C7586F71ED78827DB26A384 | 08/22/2025 01:24:34 | Blacked Raw | 03/17/2025 | 03/25/2025 | PA0002521731 |
| 14 | 177B38802F1C8DE28FC92EC41FE4D0B1FC75E694 | 08/22/2025 01:23:18 | Blacked Raw | 04/11/2025 | 04/22/2025 | PA0002526983 |
| 15 | 7D3871DE4E9F1172124FB669ED016A94F20BC51C | 08/22/2025 00:08:49 | Blacked Raw | 06/15/2025 | 06/20/2025 | PA0002536525 |
| 16 | 0460AC256BC8D0A69BE485E7DF43DE3B1FDBBC70 | 08/22/2025 00:07:04 | Blacked Raw | 06/20/2025 | 06/20/2025 | PA0002536515 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 612CBFA83786471BCA83959E3843DB1CBCC980DC | 08/21/2025 23:45:49 | Blacked Raw | 07/25/2025 | 08/08/2025 | PA0002544278 |
| 18 | 3CDDA80A5F32CFB167363D39175DAA5E9CD2C6C7 | 08/21/2025 23:45:19 | Blacked Raw | 07/30/2025 | 08/08/2025 | PA0002544276 |
| 19 | 1986B882DAB9D96E5BC33C2E4CCD041041A88577 | 08/21/2025 23:40:31 | Blacked Raw | 07/15/2025 | 07/22/2025 | PA0002541676 |
| 20 | 5685CAEBC65469EF96E5C5071B5684BAE9CDF42C | 08/21/2025 23:39:52 | Blacked Raw | 06/25/2025 | 07/08/2025 | PA0002539162 |
| 21 | 3170FB6B2DDA8D8DD8DF9191022127953D64198F | 08/21/2025 23:35:03 | Blacked Raw | 07/10/2025 | 07/22/2025 | PA0002541680 |
| 22 | EC1D46648434E9B03589BE5A329D504355F75210 | 08/21/2025 23:21:58 | Blacked | 04/28/2025 | 05/20/2025 | PA0002531773 |
| 23 | 57C974FB45468A8C255FD6421AE49E5C2EA8A0E0 | 08/21/2025 23:21:27 | Vixen | 07/26/2025 | 08/08/2025 | PA0002544245 |
| 24 | 8DEC43D66FC1E57A717794FDDC947AA5E7369D09 | 08/21/2025 23:17:21 | Blacked | 08/16/2025 | 08/19/2025 | PA0002545676 |
| 25 | 75653460bbe1afd9b25f7bb6fdbda533324b5316 | 08/21/2025 20:24:26 | Blacked Raw | 08/09/2025 | 08/19/2025 | PA0002545659 |
| 26 | F79649E6278CD8FB8DD319BADA5BD95358C26B47 | 08/21/2025 20:24:11 | Blacked Raw | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 27 | 212233EE2FCA29382E08E89DEC524AA4AAAF6E88 | 08/21/2025 20:22:22 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 28 | 88ae315cac4a3b40f822b7607e452173d2a8cc28 | 08/21/2025 20:22:00 | Blacked Raw | 08/14/2025 | 08/19/2025 | PA0002545673 |
| 29 | ADBC0D49075AB7053F130C6281A9C9C274480056 | 08/21/2025 20:07:57 | Vixen | 06/28/2024 | 07/16/2024 | PA0002480629 |
| 30 | E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A | 08/21/2025 20:02:54 | Vixen | 11/27/2020 | 11/30/2020 | PA0002266359 |
| 31 | 1018a676073b24eb9a7384e7bf56686079e27b27 | 07/27/2025 02:55:29 | Tushy | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 32 | 025477e817fdad26e20e85603dcec00d1bd5da68 | 07/27/2025 02:48:02 | Blacked | 09/02/2018 | 11/01/2018 | PA0002143413 |
| 33 | 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0 | 07/27/2025 02:40:44 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 34 | 1b733ddd5b7b4b2d6231a536f5a7d1d4e4db17e6 | 07/07/2025 01:34:10 | Blacked | 06/27/2025 | 07/08/2025 | PA0002539161 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 50c58cc4e7b19403eb72b8a71df539345bdb26ba | 07/07/2025 01:17:20 | Blacked Raw | 06/30/2025 | 07/08/2025 | PA0002539164 |
| 36 | b29bf2d44b15d07f3891a851431ee6f7f3b8451e | 07/07/2025 01:16:48 | Blacked | 07/02/2025 | 07/08/2025 | PA0002539156 |